**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7011**

JIMMY ALLEN ROBERTS,

Plaintiff - Appellant,

v.

FRANK L. PERRY, Secretary of Prisons, North Carolina Department of Public Safety; LYNN OLLIS, Mailroom Supervisor, Mountain View Correctional Institute; FNU GREAR, Corrections Officer, Mountain View Correctional Institute; MIKE SLAGLE, Superintendent, Mountain View Correctional Institute,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Frank D. Whitney, Chief District Judge. (1:16-cv-00385-FDW)

Submitted: October 17, 2019                    Decided: October 22, 2019

Before MOTZ and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jimmy Allen Roberts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Allen Roberts appeals the district court's order granting Defendants summary judgment in Roberts' civil rights action filed pursuant to 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5 (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Roberts' informal brief does not challenge the basis for the district court's disposition, Roberts has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*